1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LAVELLE PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. CR-S-12-00292 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| LAVELLE PHILLIPS | ) | |
| | ) | Date: October 11, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

The parties request that the status conference in this case be continued from September 13, 2012, to October 11, 2012 at 9:00 a.m. They stipulate that the time between September 13, 2012 and October 11, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and investigate the facts of the case and to negotiate a resolution to this matter.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: September 12, 2012   Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
LAVELLE PHILLIPS

Dated: September 12, 2012   BENJAMIN B. WAGNER
United States Attorney

*/s/ Jason Hitt*

JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 13, 2012, be continued to October 11, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

Stip and Order                    -2-

1 | It is ordered that time from the date of this Order, to and including,
2 | the October 11, 2012, status conference shall be excluded from
3 | computation of time within which the trial of this matter must be
4 | commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
5 | 3161(h)(7)(B)(iv) and Local Code T-4.
6 | IT IS SO ORDERED.
7 | Dated: September 17, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                    -3-